**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1392**

YOSEFE YIRGA ZELEKE,

        Plaintiff - Appellant,

    v.

MELES ZENAWI, Prime Minister,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:12-cv-00270-JCC-TRJ)

Submitted: May 24, 2012           Decided: May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yosefe Yirga Zeleke, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yosefe Yirga Zeleke appeals the district court's order dismissing his complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Zeleke v. Zenawi, No. 1:12-cv-00270-JCC-TRJ (E.D. Va. Mar. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED